UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| MICHAEL S. HOLTSCLAW, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | Nos: 2:07-cr-96 |
| | ) | 2:11-cv-20 |
| | ) | JUDGE JORDAN |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this Court hereby **DENIES** the petitioner leave to proceed in forma pauperis on appeal.

**ENTER:**

                                                        s/ Leon Jordan
                                         United States District Judge

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
     CLERK OF COURT